## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 13-cv-1999 |
| | ) | |
| v. | ) | Judge Andrea R. Wood |
| | ) | |
| CONSTRUCT DATA PUBLISHERS, a.s., | ) | Magistrate Judge Mason |
| a foreign corporation, also doing business | ) | |
| as FAIR GUIDE, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO DISBURSE FUNDS IN COURT REGISTRY

**IT IS ORDERED** that the Clerk of Court shall turn over to Plaintiff Federal Trade Commission ("Commission") all funds currently held in the Court registry in connection with this matter, including $143,752.28 deposited on February 24, 2015 (Doc. 136), $9966.00 deposited on April 15, 2015 (Doc. 154), and $190,755.57 deposited on May 12, 2015 (Doc. 161), in addition to any accrued interest less the Registry Fee, by wire transfer pursuant to directions provided by counsel for the Commission, or as otherwise agreed to in writing by counsel for the Commission, within 7 days of entry of this Order.

**SO ORDERED** this 2nd day of September, 2016.

Andrea R. Wood
United States District Judge